# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Makiko Kimura

                      Plaintiff,

v.                                           Case No.: 1:24−cv−05769

                                                      Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is certain Defendants' motion to correct appearance [37]. The Court grants the motion, and directs counsel to file an amended appearance. The Clerk of Court is instructed to remove the following Defendants from the docket: Strungten, Biziza wardrobe, EHTMSAK, and Yu Cheng. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.