# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MAKIKO KIMURA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-05769

Judge Franklin U. Valderrama

Magistrate Judge Beth W. Jantz

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 21, 2024 [35] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 1 | Csndice54 Online Boutiques |
| 2 | CSKJCDKM |
| 8 | XUNRYAN |
| 12 | actorwidely |
| 13 | Symoid Fashion Style（7-15Days Arrive） |
| 14 | Nsc-HuanLE |
| 15 | SCXT Direct |
| 16 | IEPOFG Warehouse Clearance |
| 18 | Ucy-LA |
| 19 | Mzkdieey Fashion Online 7-14 Days Delivery |
| 20 | Yxzogd |
| 22 | deal of the day prime today IXnzadn |
| 55 | SMIDOW Fashion Online |
| 58 | ouiN8 XFR |
| 73 | Wirziis Warehouse Clearance |

| | |
|---|---|
| 80 | DOLKFU Online Fashion |
| 90 | Sunaei |
| 93 | Fashion Wirziis Store |
| 129 | aukAD Er Lightning Deals of Today Prime |
| 35 | Lightning Deals of Today kilkfuczu |
| 81 | Lightning Deals of Today Gibobby |
| 82 | amaz0n summer dresses for women 2024 deals |
| 52 | OFRKE |
| 3 | Mnhhatv1 |
| 21 | LSLJS |
| 94 | JWZUY-Women US Clothing |
| 114 | IPOO |
| 30 | meal-leaf |
| 32 | caomeidafustore |
| 34 | KULEBAIHUODIAN shop |
| 36 | yunchengshiyanhuqujianglandianzishangwuyouxiangong |
| 37 | Valentine's St Patrick's Day 2024 on Sale |
| 38 | Dengd332 |
| 41 | DFooooti |
| 43 | JOOEHLY |
| 61 | MYNKYLL |
| 74 | GH+GS |
| 47 | YAJIHOSK |
| 49 | Pandanio |
| 130 | DIANGJ |
| 64 | TaFeng Commerce |
| 69 | ubengw*e |
| 39 | CloudLg |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: August 23, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　Keith A. Vogt, Esq. (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　33 West Jackson Boulevard, #2W
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone: 312-971-6752
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF(S)***

Subscribed and sworn before me by Keith A. Vogt, on this 23 of August, 2024. Given under by hand and notarial seal.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　NOTARY PUBLIC

　　　　　　　　　　　　　　　　　　　STATE OF Illinois

　　　　　　　　　　　　　　　　　　　COUNTY OF Cook

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026